IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREDERICK DECKER,<br>　　　Plaintiff | :<br>:<br>: |
| 　　vs. | :　CIVIL NO. 1:CV-11-0591<br>: |
| PATRICIA BUNTING/FACILITY<br>HEAD NURSE, DEBRA<br>WILSON/FACILITY<br>DOCTOR,<br>　　　Defendants | :<br>:<br>:<br>: |

*O R D E R*

　　　AND NOW, this 31st day of May, 2011, upon consideration of the report (doc. 11) of the magistrate judge, filed May 2, 2011, to which no objections were filed, and upon independent review of the record, it is ordered that:

　　　1. The magistrate judge's report is adopted.

　　　2. Plaintiff's complaint (doc. 1) is hereby dismissed for failure to state a claim upon which relief may be granted.

　　　3. The Clerk of Court shall close this file.

　　　　　　　　　　　　　　　　　　　 /s/William W. Caldwell
　　　　　　　　　　　　　　　　　　　William W. Caldwell
　　　　　　　　　　　　　　　　　　　United States District Judge